UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLEN KELSO | § § § | CIVIL ACTION NO. 2:22-cv-00026-Z |
| **Plaintiff** | § § | |
| VS. | § § | |
| REID'S APPLIANCE SERVICE, INC. and THE JIM and SHARYN REID IRREVOCABLE TRUST | § § § § § | |
| **Defendant** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, ALLEN KELSO Plaintiff and REID'S APPLIANCE SERVICE, INC. and THE JIM and SHARYN REID IRREVOCABLE TRUST Defendants have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    May 17, 2022    FOR ALLEN KELSO, Plaintiff

BY:    _/S/   R. Bruce Tharpe_
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575

|  |  |
|---|---|
|  | (956) 255-5111 - Office |
|  | (866) 599-2596 - Fax |
|  | Texas State Bar ID No. 19823800 |
|  |  |
|  | Colorado State Bar ID No. 54500 |
|  | Federal Bar ID 13098 |
| DATED:     May 17, 2022 | FOR REID'S APPLIANCE SERVICE, INC. and THE JIM and SHARYN REID IRREVOCABLE TRUST |
|  | BY:  */s/ W. Wade Arnold* |
|  | W. Wade Arnold |
|  | UNDERWOOD LAW FIRM, PC |
|  | PO Box 9158 |
|  | Amarillo, Texas 79105 |
|  | (806) 376-5613 – Office |
|  | (806) 379-0316 - Fax |